**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  13-cv-00917-REB-KMT

DENVER URBAN HOMESTEADING, LLC,

    Plaintiff,

v.

DERVAES INSTITUTE,
JULES DERVAES, and
MIGNON RUBIO DERVAES,

    Defendants.

FINAL JUDGMENT

Pursuant to and in accordance with Fed. R. Civ. P. 58(a), all previous Orders entered in this case, and the Order Re: Objections To Recommendation Of United States Magistrate Judge, entered by Robert E. Blackburn, United States District Judge, on March 26, 2014,

**IT IS ORDERED** as follows:

1.  That the **Recommendation of United States Magistrate Judge** [#49], filed February 28, 2014, is **APPROVED AND ADOPTED IN PART** and respectfully **REJECTED IN PART**, as follows:

    a.  That the recommendation is **APPROVED AND ADOPTED** insofar as it recommends that the Seventh, Eighth, and Ninth Claims for Relief asserted in the **Complaint** [#1], filed April 10, 2013, be dismissed; and

    b.  That the recommendation respectfully is **REJECTED** insofar as it

implicitly recommends that the court assume personal jurisdiction over the remaining claims in this lawsuit;

2. That the objections stated in **Defendants' Partial Objection to the Magistrate Judge's Proposed Findings and Recommendations on Motion To Dismiss** [#55], filed March 14, 2014, are **SUSTAINED**;

3. That the objections stated in **Plaintiff's Objections to Magistrate's Findings and Recommendations** [#56], filed March 14, 2014, are **OVERRULED**;

4. That **Defendants' Motion To Dismiss or, in the Alternative, Motion To Transfer Venue for Inconvenient Forum** [#13], filed May 28, 2013, is **GRANTED** insofar as it seeks dismissal;

5. That plaintiff's Seventh, Eighth, and Ninth Claims for Relief are **DISMISSED WITH PREJUDICE** as barred by limitations;

6. That plaintiff's First, Second, Third, Fourth, Fifth, and Sixth Claims for Relief are **DISMISSED WITHOUT PREJUDICE**;

7. Final Judgment is **entered** on behalf of defendants, Dervaes Institute, Jules Dervaes, and Mignon Rubio Dervaes, and against plaintiff, Denver Urban Homesteading, LLC, as follows:

   a. That Final Judgment **with prejudice** is entered as to plaintiff's Seventh, Eighth, and Ninth Claims for Relief; and

   b. That Final Judgment **without prejudice** is entered as to plaintiff's First, Second, Third, Fourth, Fifth, and Sixth Claims for Relief;

8. That defendants are **AWARDED** their costs, to be taxed by the clerk of the court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated at Denver, Colorado this 28th day of March 2014.

BY THE COURT:
JEFFREY P. COLWELL, CLERK

By:   s/Deborah A. Hansen
Deborah A. Hansen, Deputy Clerk